UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| BRENT BARKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13-cv-01367-MLB-KGG |
| v. ) | |
| ) | |
| MATTHEW, THOMAS, & ASSOCIATES, LLC ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING DISMISSAL WITH PREJUDICE

NOW, this Court considers Plaintiff's Motion to Dismiss with Prejudice submitted on January 20, 2014, and upon due consideration of same, enters the following order:

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss with Prejudice is GRANTED.


____1/22/2014_____          _____s/ Monti Belot_____
DATE                                                              JUDGE